IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00987-LTB-MJW

JERALD WELCH,

    Plaintiff,

vs.

NATIONAL BROKERAGE, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING/PLANNING CONFERENCE ( Docket No 10 )

Upon consideration of Defendant's Unopposed Motion to Vacate and Reset the Scheduling/Planning Conference, and being fully advised in the premises,

It is hereby ORDERED that the Motion is GRANTED. The Scheduling Conference scheduled for August 16, 2011 has been vacated and rescheduled to September 6, 2011, at 9:30 a.m. The deadlines set forth in the Order Setting Scheduling/Planning Conference (Doc. 9) shall apply based on the new setting.

DATED this 4Th day of August, 2011.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge