IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00987-LTB-MJW

JERALD WELCH,

    Plaintiff,

vs.

NATIONAL BROKERAGE, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 21)

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Vacate the Settlement Conference, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Settlement Conference is hereby VACATED. (Set on December 1, 2011 at 1:30 pm)

Dated: November 28, 2011.

BY THE COURT

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge