**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00987-LTB-MJW

JERALD WELCH,

       Plaintiff,

v.

NATIONAL BROKERAGE, LLC,

       Defendant.

_____

**ORDER**

_____


THIS MATTER having come before the Court on the Stipulated Motion to Dismiss

With Prejudice (Doc 24 - filed February 21, 2012), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


                       BY THE COURT:


                        s/Lewis T. Babcock
                       Lewis T. Babcock, Judge


DATED:    February 22, 2012